584 A.2d 65

Jeffrey David LEONARD

v.

STATE of Maryland.

No. 142, Sept. Term, 1990.

Court of Appeals of Maryland.

Jan. 17, 1991.

Stephen E. Harris, Public Defender and Michael R. Malloy, Asst. Public Defender, Baltimore, for petitioner.

J. Joseph Curran, Jr., Atty. Gen., for respondent.

Submitted to MURPHY, C.J., and ELDRIDGE, RODOWSKY, McAULIFFE, CHASANOW and KARWACKI, JJ.

## ORDER

PER CURIAM.

The Court having considered and granted the petition for writ of certiorari, it is this 17th day of January, 1991

ORDERED, by the Court of Appeals of Maryland, that the judgment of the Court of Special Appeals be, and it is hereby, reversed and the case is remanded to the Court of Special Appeals for reconsideration in light of *Snowden v. State*, 321 Md. 612, 583 A.2d 1056 (1991). Costs in this Court and in the Court of Special Appeals to be paid by Carroll County.